IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY W. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, Commissioner | : | |
| of Social Security | : | NO.  24-6035 |

**O R D E R**

AND NOW, this   25th    day of February, 2026, upon consideration of Plaintiff's

Brief and Statement of Issues (Doc. 15), the response (Doc. 16), the reply (Doc. 17), and

after careful consideration of the administrative record (Doc. 11), IT IS HEREBY

ORDERED that:

1.    Judgment is entered affirming the decision of the Commissioner of Social
Security and the relief sought by Plaintiff is DENIED; and

2.    The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*

_____
CAROLINE GOLDNER CINQUANTO, U.S.M.J.